## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

IN THE MATTER OF THE APPLICATION OF
THE UNITED STATES OF AMERICA FOR A
CRIMINAL COMPLAINT

)
)
)
)
)

19-mj-1039-DLC

**FILED UNDER SEAL**

## AFFIDAVIT OF JOHN RUNYAN

## INTRODUCTION

I, John Runyan, a Special Agent with the Drug Enforcement Administration (DEA),
being duly sworn, state as follows:

1.   I am a Special Agent with the DEA assigned to Massachusetts.  As a Special
Agent, I am an investigative or law enforcement officer of the United States, within the
meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law
to conduct investigations of and to make arrests for offenses enumerated in Title 18,
United States Code, Section 2516.

2.   **Background.**   I have been a Special Agent with the DEA since February of 2015.
I am assigned to the New Bedford, Massachusetts Resident Office of the New England
Field Division. During my employment with the DEA, I have participated in numerous
investigations relating to the distribution of controlled substances, including heroin,
cocaine, marijuana, illegal prescription drugs and other substances in violation of the
federal anti-drug laws. I have participated in investigations in different capacities,
including monitoring wiretapped conversations, conducting physical surveillance,
executing search and arrest warrants, and employing other investigative methods.
Those investigations have resulted in arrests and convictions for violations of the drug

laws, the seizure of drugs and firearms, and the forfeiture of money and property.   I have received training in the field of narcotics enforcement, investigations, and apprehension of narcotics offenders from the DEA Basic Training Academy in Quantico, Virginia.   Through my training and experience, I am familiar with the habits, methods, routines, practices, and procedures commonly employed by persons engaged in the trafficking of illegal drugs.   Among other things, I am familiar with the typical price, packaging, and method of sale of narcotics in various parts of the United States, including Massachusetts.

3.   **Knowledge of how drug traffickers use cell phones.**   Based on my training and experience, I am also aware that drug traffickers commonly use cellular telephones to communicate about and further their drug trafficking activities, but that they are aware that law enforcement uses electronic surveillance.   Thus, they frequently change cellular telephone numbers, use multiple cellular phones at the same time, and use prepaid cellular phones (where the subscriber of the phone is not required to provide personal identifying information), all in an effort to thwart investigations.   I am also aware that for the same reason, drug traffickers often speak in vague, guarded, or coded language when discussing their illegal business on cellular telephones, and often use text messages in lieu of phone calls to avoid speaking over the telephone.

4.   **Basis of knowledge.**   I am the case agent in the investigation of a heroin, fentanyl, and cocaine trafficking organization operating in the Southeast Massachusetts area led by Manuel PINA-AGEE. During my work on this investigation, I have reviewed reports prepared by agents and discussed this case and related cases with fellow agents and with state and local law enforcement officers who have relevant knowledge.   I submit this

affidavit based upon my personal knowledge derived from my participation in this investigation and information that I have received from a variety of other sources, including law enforcement officers and agents, confidential sources, public records, bank records, telephone toll records, and pen register and trap and trace information. Since this affidavit is being submitted for the limited purpose of seeking authorization for the interception of wire and electronic communications, I have not set forth every fact learned during the investigation.

5.     **Complaint.** This affidavit is submitted in support of an application for a criminal complaint and arrest warrants charging Manuel PINA-AGEE with conspiring to possess with intent to distribute and distribute heroin, fentanyl, cocaine, and marijuana, in violation of 21 United States Code, Section 846 and 841(a)(1).

6.     **Probable Cause.**   Based upon my experience, training, and involvement with this investigation, there is probable cause to believe that PINA-AGEE has conspired to distribute controlled substances.

7.     **From October 23 to November 21, 2018, and again from March 27, 2019 to the present,** investigators intercepted wire and electronic communications occurring over **774-540-5482**, bearing International Mobile Subscriber Identity (IMSI) number 310260343413037, which is a T-Mobile, USA cellular telephone used by Manuel PINA-AGEE, and subscribed to Philip Dooley, 24 Elmwood St., Wareham, MA and activated on December 27, 2016 ("TT #1").   The interceptions were conducted pursuant to orders issued by United States District Court Judge William G. Young.

8.     **On February 21, 2019,** Jodi SMITH sold undercover officer (UC) Bryan Oliveira 20 grams of fentanyl for $1200.   The transaction took place at **2:30 pm** in the parking

lot of a Seven Eleven in Wareham.   SMITH was driving silver Mazda, which investigators kept under surveillance for several hours in advance of the deal.   **At 12:51 pm,** SMITH arrived in the Mazda at 64 Mayflower Lane and went inside.   **At 2:05 pm**, PINA-AGEE arrived at 64 Mayflower and met SMITH in the driveway.   SMITH then drove directly to the Seven Eleven where she sold the fentanyl to UC Oliveira.   After the sale, SMITH drove back to 64 Mayflower and then departed.   Just as she left, investigators observed SMITH's and PINA-AGEE's vehicles stop parallel to each other on the road.   Based on the timing of this conduct, I believe PINA-AGEE supplied the fentanyl SMITH sold to UC Oliveira.   My belief is further supported by toll records for SMITH's cell phone (774-849-1235), which show 8 voice contacts and 13 texts with TT #1 on that day, including calls close to 2:05 and 2:30 pm.

9.   **October-November interceptions.**   Investigators applied for and obtained an order authorizing the interception of wire and electronic communications over TT #1 for 30 days.   The intercepted communications revealed that PINA-AGEE continued to use TT #1 to conduct his drug trafficking organization from October 23 to November 21, 2018, although the pace of his drug activity slowed due to his work on a Fall River residence he purchased for his mother.   For example, **on October 23, 2018 at 4:52 pm (Call 20)**, TT #1 received a call from 774-400-7935 and PINA-AGEE spoke to an unidentified male (UM 7935).   UM 7935 said, "I'm gonna have to come through man . . . with them things, with that thing. . . Damn you got to change up the from [U/I; voices overlap].   You feel me?   We'll talk when I come down there, when I come tomorrow, you know what I'm saying?"   PINA-AGEE replied, "You saying I got to change the formula?   UM 7935 said, "a little bit man.   Like put [U/I] strict man, like

put strict that thing.   Like, I'm getting a lot of complaints." *I believe in this call PINA-AGEE and UM 7935 agreed to meet the next day and that, when UM 7935 said was going to "come through with them things" and wanted the formula changed because he was getting a lot of complaints, he meant that he was returning drugs and needed PINA-AGEE to mix them differently with cut because his drug customers were complaining about the quality.*

10.   **PINA-AGEE also used TT #1 to communicate** with SMITH, Steven MIRANDA, and Thomas CLANCY, among others.

11.   For example, on **October 23, 2018 at 5:02 pm (Call 21),** TT #1 called 774-849-1235.   I know SMITH used 774-849-1235 because UC Oliveira made three controlled purchases of fentanyl from SMITH in January and February of 2019 and SMITH used 774-849-1235 to facilitate the sales.   I also know Wareham police arrested SMITH on February 21, 2019 and seized from her the cellular telephone using number 774-849-1235. During this intercepted call, PINA-AGEE asked if SMITH had seen "Tucker" (Tom CLANCY) and SMITH said no, but to try his house.   SMITH added that Tucker, "Owes me a couple dollars and he is dogging me again."   PINA-AGEE said, "You need to start looking out for people man, you're like a straight lame for that."   SMITH replied, "No, he was going to freaking, he was coming to U/I."   PINA-AGEE continued, "These people are getting fucked up man, you gotta stop doing that shit." They then discussed "Dave," and PINA-AGEE said to SMITH, "I'm cutting you major breaks, don't play with me lady, I'll cut off one of your toes, you understand me?   Don't try to jump ship on me."   SMITH said, "Shut up, you know I would never do that. You know what I'm saying?   I'm waiting for you." *I believe in this call that PINA-AGEE*

*wanted to get in touch with CLANCY for drug business and that CLANCY owed SMITH*

*money for drugs.   I further believe that PINA-AGEE was criticizing SMITH for having*

*too many problems with her customers and warning her not to obtain drugs from anyone*

*else besides PINA-AGEE.*

12.   PINA-AGEE spoke frequently with Steven MIRANDA, typically about PINA-AGEE delivering drugs to MIRANDA.   For example, on **October 25, 2018 at 4:43 pm (Call 269),** TT #1 received a call from 774-707-9696.   I know that MIRANDA uses 774-707-9696 because he is the named subscriber for that number, Wareham police officers know him to be an associate of PINA-AGEE, and during the first interception period investigators observed PINA-AGEE meet with MIRANDA.   During this call, MIRANDA said, "I need to see you brother."   PINA-AGEE said, "Okay, yeah, I'm going to be around for a second."   MIRANDA asked, "So how long, but what, I can definitely see you today? As long as I can see you.   Well I will be home man, so just hit me up man, please, man, I need you bad."   PINA-AGEE said, "Alright."   *I believe in this call MIRANDA needed "to see" PINA-AGEE in order to obtain drugs, and that when he said "I need you bad," he meant in effect that he was feeling sick without drugs.*

13.   **Likewise, on November 7, 2018, at 1:26 pm (Calls 2326 and 2327**), PINA-AGEE called 774-707-9696 and MIRANDA said," I need to see you man."   PINA-AGEE asked, "You got a dollar, you a little light?"   MIRANDA said no, and PINA-AGEE asked, "A couple?"   MIRANDA replied, "No, I'm over here, we on Main Street right now.   Where you at right now?"   PINA-AGEE said, "In the city house."   MIRANDA said, "Oh my god, okay, I know where you are at, are you heading down this way?"   PINA-AGEE said he could and MIRANDA said, "I need to talk to you on the 'up and

up,' you know what I mean?   I don't want to talk to the phone like that, you know what I mean?   That's why I wanted to see you, if I can see you?"   PINA-AGEE said he would call when he was in the area. *I believe in this call, MIRANDA wanted to "see" PINA-AGEE to obtain drugs, but PINA-AGEE wanted to be sure that MIRANDA had a "dollar," or enough money to buy drugs.  MIRANDA also wanted to talk to PINA-AGEE about something else, which he did not want to talk about on the phone because, I believe, he was afraid of law enforcement intercepting phones.*

14.  PINA-AGEE also spoke frequently to Geoffrey CHANDLER, typically about larger quantities of drugs, including heroin/fentanyl and marijuana.   For example, on **October 24, 2018, at 1:14 pm (Call 99), TT #1 called 774-608-0909 and spoke to Geoffrey CHANDLER.**   CHANDLER said, "you had a fake C note."   PINA-AGEE explained, "What I always do is put a dollar on top of my 100s so that I don't rip them." CHANDLER said, "Wish I could deny it, it isn't close to fucking, it says 'copy' on it, it says for promotion picture only."   PINA-AGEE responded, "Oh god, no way. Motherfuckers.   That's crazy, hey, but I will have work for that, what we talked about yesterday for you in a couple of hours."   CHANDLER said, "Word, let me know," and PINA-AGEE continued, "Alright, remember I told you the number, that's what it is, you know what I mean?"   *I know that a "C-note" refers to a $100 bill and that "work" refers to narcotics.  I believe in this call CHANDLER complained that PINA-AGEE provided him with a counterfeit $100 bill and that PINA-AGEE told CHANLDER he would deliver drugs ("work") to CHANDLER shortly.*   **At 2:30 pm (Call 129),** CHANDLER texted, "Ill have that in your and half for u." *I believe CHANDLER meant he will pay PINA AGEE*.   **At 7:16 pm (Call 194)**, CHANDLER said, "We are all set,

you can head down.  To the Cape."  PINA AGEE said "Okay.  And I was told that

you can only do that, right?" (*only pay half*, as referenced in session 129).

CHANDLER said, "Yeah, well, for right now.  I can get more, but this is just what I

could grab 100 percent."  PINA-AGEE said he would be right over.  *I believe in this*

*call, CHANDLER informed PINA-AGEE that he could definitely pay him half, and*

*maybe more, and that PINA-AGEE agreed to come deliver the drugs.*  **At 8:22 pm**

**(Call 212)**, PINA AGEE and CHANDLER met near a "Red Robbin" and a "Longhorn"

(both located in Wareham Crossing plaza), with CHANDLER driving a "silver" vehicle.

There followed a series of texts in which CHANDLER said he left his "orange bag on

ur floor."  PINA-AGEE replied, "In new b hit me when ur outside I'll in lock it."  *I*

*believe CHANDLER accidently left an orange bag in PINA-AGEE's car and PINA-*

*AGEE replied that he was already in New Bedford but would unlock the vehicle for*

*CHANDLER when he comes.*  PINA AGEE and CHANDLER later agreed to meet

tomorrow.  **On October 26, 2018 at 2:06 pm (Call 479),** CHANDLER called and said

he was coming to get the bag.  PINA-AGEE said he would tell "him" to be outside with

it.  **At 2:07 pm  (Call 481)**, PINA-AGEE called 508-371-8344 and asked Clifford

Gomes if he or "Pam" were home.  Gomes said he wasn't, but Pam was.  PINA-AGEE

said, "Can you tell her to grab that bag in that cabinet and give it to my boy outside, he's

going to be pulling up in like two to three minutes?"  Gomes said, "You got it."  *I know*

*that PINA-AGEE, GOMES, and Pam Conigo live at 55 Washburn Street in New Bedford*

*and that in these two calls, PINA-AGEE was arranging to return to CHANDLER the*

*orange bag CHANDLER left in PINA-AGEE's car*.  PINA-AGEE also spoke to

CHANDLER about marijuana.  For example, on **November 13, 2018, at 12:15 pm**

**(Call 3160),** TT #1 called 774-608-0909 and PINA-AGEE spoke with Geoff CHANDLER about getting different types of **marijuana**.   For example, CHANDLER said, "when my boy gets down here like an hour, I will get you some.   He's got strawberry something, fire shit.   Strawberry crush. The Gelato and that Thug's Breath are the best ones yet."   *I know that "Strawberry Crush," "Gelato," and "Thug's Breath" are all types or brands of high-end marijuana.*   On January 18, 2019, CHANDLER was arrested and charged with kidnapping.   The case is pending in New Bedford District Court and CHANDLER is detained in jail.

15. **PINA-AGEE spoke with CLANCY about drug-related business.**   For example, on October 30, 2018, at 2:30 pm (Call 1079), TT #1 called 774-305-8047.   *I believe CLANCY uses this number because the number is subscribed in the name "Tom Flancy," at 64 Mayflower Lane, Wareham, MA, where I know based on surveillance and public records that CLANCY resided until recently. In addition, on **February 8, 2018**, Wareham Police Detective Bryan Whalen went to 64 Mayflower Lane attempting to arrest another individual.   He was greeted by CLANCY who gave officers permission to search for the person, who was not there.   During the search, Whalen observed in plain view in a bedroom and seized eight small bags of fentanyl.   CLANCY stated the bedroom belonged to another individual.*   CLANCY also gave Whalen his phone number, which was 774-305-8047.   During the call on October 30, PINA-AGEE asked, "It's 64 Mayflower, right?"   Clancy replied, "yup," and PINA-AGEE said, "Aight, my boy is going to come throw it on your front porch."   CLANCY said, "Aight, I'm here anyways, so yea, I'll see him pull up."   *I believe in this call, PINA-AGEE was coordinating a drug delivery to CLANCY by one of PINA-AGEE's runners.   PINA-*

*AGEE also discussed dog breeding and car parts with CLANCY, but given the frequency of the cell phone contacts and the frequency that PINA-AGEE until recently traveled to 64 Mayflower, I believe he was delivering drugs.  Moreover, the confidential source who introduced UC Oliveira to SMITH told investigators in January that PINA-AGEE had come to distrust SMITH and was delivering drugs to CLANCY instead, and that SMITH would normally have to obtain the drugs from CLANCY.*

### INTERCEPTIONS OVER TT #1 FROM MARCH 27 TO PRESENT

16.  **On March 27, 2019,** investigators resumed intercepting calls over TT #1 pursuant to a new order issued by Judge Young.   The intercepted calls included many calls per day of PINA-AGEE agreeing to meet various known and unknown people during the course of the day, typically meeting for only a few minutes somewhere in Wareham. Those people included Stephen Miranda, Tom Clancy, Jessica Tavaras, Melanie Weisman, Lauren Maroney, Robert Venable, Casey Andrade and Karrie Gustafson, Carlos Guzmen, and others both known and unknown.   I believe the great majority of these calls concerned PINA-AGEE meeting with his drug customers to deliver drugs to them and/or to collect drug proceeds from them.

17.  **Casey Andrade and Karrie Gustafson.**   Investigators intercepted numerous calls between PINA-AGEE (using TT #1) and Casey Andrade and his girlfriend Karrie Gustafson using 508-441-2438 and 508-441-0015.   A series of interceptions on April 12, 2019 led to the seizure of 10 grams of suspected fentanyl that PINA-AGEE delivered to Andrade.   As that series also generally described how PINA-AGEE operated, it is set forth next.

18.  **On April 12, 2019, investigators intercepted calls between TT #1 (PINA-AGEE) and 508-441-2438 (Andrade) and 508-441-0015 (Andrade and Gustafson,) that led to the seizure of 10 grams of suspected fentanyl.**   In particular, **at 9:57 am (Call 8308),** PINA-AGEE called Andrade, who said he had "to take care of little man" (*meaning his infant son*) and then he would "hit you up shortly."   **At 10:09 am (Call 8316),** Gustafson texted, "Casey said same tools as other day or double." *I believe Gustafson meant the same kind and amount of drugs as yesterday, or twice as much.* **At 11:54 am,** surveillance footage showed a silver pick-up truck depart 55 Washburn Street in New Bedford.   **At 11:55 am,** investigators established surveillance outside of Andrade and Gustafson's residence at 361 Coggeshall Street in New Bedford. **At 11:58 am (Call 8358),** Andrade asked if PINA-AGEE wanted to go to "Eblens, I'm on my way there.   I was gonna go grab little man a hoodie."   PINA-AGEE said "sure." *Eblens is a clothing store in Fairhaven.* **At 12:00 pm,** investigators observed a blue Chevrolet Equinox (891YVM) drive from Coggeshall Street to Elbens, where Andrade, Gustafson, and a child and all got out of the car.   At the same time, investigators observed a silver Dodge Dakota pick-up truck traveling east on Route 195 with a black male passenger matching the description of PINA-AGEE.   **At 12:07 pm,** investigators observed Andrade walk to PINA-AGEE's silver Dodge Dakota and enter the rear seat.   **At 12:10 pm,** Andrade exited the truck and entered Eblens.   **At 12:18 pm**, investigators approached Gustafson at her vehicle, and she reported Andrade was inside with drugs. **At 12:20 pm**, investigators entered Eblens, approached Andrade, and escorted him outside, where they seized from him **Exhibit 27**, which consisted of four knotted baggies that contained what appeared to be **ten grams of fentanyl.**

19.   Investigators intercepted additional calls between PINA-AGEE and Andrade and Gustafson both before and after the seizure.   For example, on **April 10, 2019, beginning at 12:19 pm (Call 7775),** TT #1 had a series of calls with Andrade and Gustafson, followed by a meeting in New Bedford.   In particular, PINA-AGEE told Andrade to call him when Andrade came to Wareham.   Andrade asked if PINA-AGEE had "my lady's number" and said he would send it to PINA-AGEE.   **At 12:20,** he texted the number 508-441-0015.   PINA-AGEE then called the number and asked Gustafson if she talked to "him," meaning Andrade.   PINA-AGEE told her to call when she heads to Wareham.   She texted at **1:37 pm** that she was going home to take a nap with her son.   PINA-AGEE was going to come to her house, and she asked for an "eta" at **2:56 pm**.   PINA-AGEE replied "30 min."   **At 3:29 pm (Call 7802)**, PINA-AGEE called and said he was downstairs and coming up.

20.   **On April 14, 2019 at 2:22 pm (Call 8859),** TT #1 received a call from 508-441-0015 and PINA-AGEE and Casey Andrade agreed to meet in Wareham.   **At 2:48 pm (Call 8869),** Andrade texted from 508-441-2438 "Here Greyfield Condos.   You hanging with that girl today."   Based on later intercepted communications, PINA-AGEE and Andrade met at the Marriott just before 3:00 pm.

21.   **On April 16, 2019 at 10:36 pm (Call 9297),** TT #1 called 508-441-2438 and Casey Andrade said, "Just got home from work and I got that for you."   PINA-AGEE asked if he was down the street and Andrade said yes and asked, "Is shorty around?"   Early, early shorty if you can."   PINA-AGEE said, "Alright, say less."   **At 11:03 pm (Call 9300)**, Andrade texted, "Should I leave."   **At 11:27 (Call 9310)**, PINA-AGEE called and asked, "you said you are all set, huh?"   Andrade said, "Yeah, I am close.   Should

I walk?"   PINA-AGEE said, "I am not in the place I usually am."   Andrade said, "I got

damn near most of it, I am almost cleaned up."   PINA-AGEE asked, "What, are you

close to seven?   Andrade said, "It was five and a half."   PINA-AGEE said it was six,

"680 is where you are at bro, 580 is what you are at."   Andrade said he was at his crib,

his lady was asleep, and he had close to 4.   *Based on Andrade's statement that PINA-*

*AGEE charges $400 for ten grams of fentanyl, I believe these calls reflect Andrade owed*

*PINA-AGEE $580 for more than ten grams of fentanyl and that Andrade had $400 in*

*partial payment and wanted to obtain additional fentanyl.*   PINA-AGEE said, "So you

are not even close to being straight and you are asking for something? What you are

doing is lying, you getting what the fuck you want and not doing what the fuck you say

you are going to do, and then you continue to do shit for you.   What you are doing is

getting nice and fucked up and not taking care of your shit, that is what you are doing."

PINA-AGEE then confirmed that Andrade had four and told him to walk to the store.

**At 11:44 pm (Call 9312)**, PINA-AGEE called and asked, "Where you at."   Andrade

replied, "I see you."

22.   **On April 17, 2019, beginning at 9:14 am (Calls 9321-9325, 9327, 9348, 9364,**

**9366, 9377, 9384, 9399, 9304, 9406, 9408, 9410, 9411, 9430, 9432, 9433, 9475, 9487,**

**9642),** TT #1 had a series of calls with 508-441-2438 (Casey Andrade) and 508-441-

0015 (Karrie Gustafson) regarding the payment of drug proceeds to PINA-AGEE and

Andrade's attempt to obtain more drugs.   In particular, Gustafson texted to ask if PINA-

AGEE was "up," and when he said "yup," she replied, "K im going to bank of America

then can you come to crib."   **At 10:40 am**, Gustafson said she went to the back and

"just seeing if you wanted to swing through or whatever and grab that."   PINA-AGEE

said he would when he got his truck back and Gustafson mentioned something about yesterday and "the halfer."   Later, Gustafson told PINA-AGEE to see him at work at the SailLoft Restaurant at 246 Elm Street, S. Dartmouth because "he (Andrade) will have the money."   **At 2:15 pm,** PINA-AGEE texted that he had "no ride."   **At 4:01 pm,** PINA-AGEE said he was two blocks away and could walk over.   Gustafson said she would go get the dough but later changed her mind because her "asshole landlord is next door just go to casey then I don't gotta leave with baby all sick."   **At 6:25 pm**, PINA-AGEE complained that they were "playing" with him because Casey doesn't have the money.   Gustafson said he was going to cash his work check and that they were in the red "when we seen you at Eblens."   PINA-AGEE said "you all are at 220."   **At 9:18 pm (Call 9642)**, PINA-AGEE called Andrade and said he was mad at how things went down.   Andrade said he will cash his check tomorrow morning, meet up, pay him and get some also.

23.   **Investigators also regularly intercepted calls from <u>Stephen Miranda</u>, who typically wanted to meet PINA-AGEE to obtain drugs.**   I know that MIRANDA uses 774-707-9696 because he is the named subscriber for that number, Wareham police officers know him to be an associate of PINA-AGEE, and during the first interception period investigators observed PINA-AGEE meet with MIRANDA.   During this interception period, MIRANDA called PINA-AGEE frequently to obtain drugs.   For example, on **March 27, 2019 at 2:44 pm (Call 4450),** PINA-AGEE called MIRANDA at 774-707-9696 and MIRANDA asked if PINA-AGEE was "around."   PINA-AGEE said that he could come by.   **At 5:27 pm (Call 4489)**, MIRANDA called and PINA-AGEE said to give him half an hour.   **At 6:44 pm, (Call 4496),** MIRANDA called

again and PINA-AGEE said, "uno momento Papa." **At 6:59 pm, (Calls 4498 and 4499),** MIRANDA sent PINA-AGEE a text that said, "yo," and PINA-AGEE replied, "Outside." *I believe during these calls, MIRANDA was contacting PINA-AGEE in order to meet and obtain drugs from PINA-AGEE.*

24. **On March 29, 2019, at 1:05 pm (Call 4886),** TT #1 received a call from 774-707-9696 and MIRANDA said, "I need to see you and that other thing I don't know if you are alright with that." PINA-AGEE said "not yet." PINA-AGEE said he would "swing through in not too long."

25. **On March 30, 2019 at 3:50 pm (Call 5208),** TT #1 received a text from 774-707-9696 (MIRANDA) that said, "You need to see you." **At 4:38 pm (Call 5222),** PINA-AGEE called and said he would be over there in less than half an hour after he took a shower.

26. **On March 31, 2019 at 1:50 am (Call 5458),** TT #1 received a text from 774-707-9696 (MIRANDA) that said, "Yo i need to see you before my grandfather gets up at 230 can you make that happen." At 6:52 pm (Call 5659), PINA-AGEE arrived at MIRANDA's house (text "Outside").

27. **On April 1, 2019 at 11:34 am (Call 5911),** TT #1 received a call from 774-707-9696 and MIRANDA said he needed to see PINA-AGEE, who said he would be right over. **At 12:31 (Call 5941),** PINA-AGEE responded to "yo" texts from MIRANDA by texting "5 min." **At 12:52 (Call 5950),** PINA-AGEE texted, "Outside."

28. **On April 2, 2019 beginning at 4:04 pm (Calls 6331, 6374, 6376, 6378, 6379, 6396, 6402, 6403, 6404, 6416, 6417, 6418),** TT #1 had a series of calls with 774-707-

9696 in which PINA-AGEE arranged to meet with MIRANDA.   In particular, PINA-AGEE told MIRANDA he would be there in half an hour.   Later MIRANDA communicated he was uptown, not at home and PINA-AGEE asked him how many and Miranda replied, "Uno."   **At 6:54 pm**, PINA-AGEE texted, "Outside."   **At 8:34 pm**, Miranda called again and asked, "could you come by right now?" and PINA-AGEE replied, "alright I'll be right there." **At 8:36 pm**, Miranda texted, " Yo i don't want to nag but i got 9 curfew." At 8:37 pm, PINA-AGEE again texted "Outside."

29.   **On April 3, 2019 between 11:08 am and 6:07 pm (Calls 6521, 6564, 6604, 6613, 6614, 6616, 6619, 6622, 6638, 6640, 6642-4),** TT #1 had a series of calls with 774-707-9696 in which PINA-AGEE made arrangements to meet Miranda to complete a drug transaction.   In particular, Miranda texted, "Yo as soon as i get out of work I'm going to need to see you i will call you a half-hour before I get home," then texted "what's up" just after 2:30 pm.   PINA-AGEE called and Miranda said, "i need a couple them joints."   Miranda texted "yo" a few times before 5:30 and PINA-AGEE replied "omw" (on my way).   PINA-AGEE indicated he was 5 minutes away just after 6:00 pm.

30.   **On April 17, 2019, beginning at 3:05 pm (Calls 9422, 9435, 9470, 9509, 9510, 9585),** PINA-AGEE had a series of calls with Miranda (774-707-9696) about delivering drugs for a third party referred to as "JT."   In particular, **at 3:05 pm,** Miranda texted, "Yo need to see you asap."   **At 4:20 pm**, PINA-AGEE calls and says he will come through soon.   **At 6:08 pm**, Miranda texted, "Yo meet me at JT house." **At 6:53 pm**, Miranda called and discussed the guy being real savvy.   PINA-AGEE asked if Miranda is "Gucci?"   An unknown male then got on the phone and said he is

16

"Gucci" and he had PINA-AGEE's "loot."   The males said he is waiting on $500 and asked PINA-AGEE to "come through."   **At 7:02 pm**, PINA-AGEE texted, "Outside."

31.   **Investigators also intercepted frequent calls between PINA-AGEE and Thomas "Tucker" Clancy.**   I know Clancy uses cellular telephone number 774-305-8047 because the number is subscribed in the name "Tom Flancy," at 64 Mayflower Lane, Wareham, MA, where I know based on surveillance and public records that CLANCY resided until earlier this month. In addition, on February 8, 2019, Wareham Police Detective Bryan Whalen went to 64 Mayflower Lane attempting to arrest another individual.   He was greeted by CLANCY who gave officers permission to search for the person, who was not there.   During the search, Whalen observed in plain view in a bedroom and seized eight small bags of fentanyl. CLANCY stated the bedroom belonged to another individual.   CLANCY also gave Whalen his phone number, which was 774-305-8047.   The calls between PINA-AGEE and CLANCY intercepted this period typically involve Clancy ordering drugs or PINA-AGEE and Clancy discussing drug business.

32.   **For example, on March 28, 2019 at 11:54 am (Call 4617),** TT #1 called 774-305-8047 and asked Clancy, "How's everything?"   Clancy replied, "Slow right now, I'll hit you up in a few though."   *I believe Clancy meant that he had not sold many drugs, but he would be reaching out to PINA-AGEE soon to obtain more.*

33.   **On March 30, 2019 at 9:58 pm (Call 5358),** PINA-AGEE received a call from 774-305-8047 and told Clancy he would see him within the hour.   **At 11:48 pm (Call 5403),** PINA-AGEE said he would be right there to Clancy's home.

17

34.   **On April 1, 2019 at 9:53 am (Call 5886, 5888),** TT #1 received a call from 774-305-8047 and PINA-AGEE and Clancy agreed to meet near Birch Street, which they then changed to the liquor store near Parkwood.

35.   **On April 6, 2019 at 9:56 pm (Call 7284),** TT #1 received a call from 774-305-8047 and PINA-AGEE and Clancy spoke.   Clancy said, "The only person who is keeping it funky right now is Shawn.   He is paying every week.   He is the only one at the crib now.   No one else.   I don't give a fuck.   Unless they come in with cash they ain't coming in.   No more free rooms."   Clancy then complained about a female that he took care of that "does me dirty like that.   I am gonna smack the fuck out of her when I see her." *I believe in this call Clancy was discussing his relationships with his regular drug customers.*

36.   **On April 9, 2019,** investigators determined that PINA-AGEE made arrangements with Clancy to rent a garage at 744 County Street in Wareham to use in connection with his drug operation.   In particular, **at 1:04 pm (Call 7635)**, TT #1 called 774-305-8047 and Clancy gave PINA-AGEE the address of 744 County Road.   **At 1:55 pm (Call 7645)**, TT #1 received a call from 857-880-0105 and Lauren Maroney (see below) asked if PINA-AGEE would be around.   PINA-AGEE said he was in West Wareham and told her to meet him at 744 County Road. **At 2:14 pm,** he texted Maroney, "I'm at a garage so don't be so obvious just pull in and park I'll come out." Maroney texted "Here" at **2:36 pm (Call 7652)**.   Shortly after, investigators confirmed that PINA-AGEE and Maroney met at 744 County Road.   Investigators planned an attempted stop of Maroney after she left, but decided not to after Maroney called PINA-AGEE and said she detected surveillance.   In particular, **at 3:04 pm**

**(Call 7677)**, Maroney called and said, "So remember what I told you about?   About that car, that van, whatever.   So there was only one of them when I pulled into your place. When I was pulling out of your place, a black van was pulling out of there who had pulled up next to the other one. When I drove by the other one pulled out and followed us. I literally like had to like ditch them and they followed my every move." PINA-AGEE replied, "Damn, alright, thanks."   Maroney then said, "Your welcome, letting you know." **At 4:20 pm (Call 7693)**, PINA-AGEE called Clancy about three people coming to see him and Clancy said, I am going to leave a key with you so you have a key to get in and out." **At 5:26 pm (Call 7702)**, Andy Coakley (774-994-5988) called and said his man texted and said he "get niggers our CDL from Braintree RMV for four bands a pop."   PINA-AGEE responded, "Yeah, let's go."   Later, PINA-AGEE said, "I got a nice little spot in the cut, in Wareham bro.   On like County Road, man.   Holler at me bro if you want to come shoot a game of pool or come smoke a blunt."

37.   **On April 11, 2019 at 4:00 pm (Call 8094),** TT #1 called 774-305-8047 and PINA-AGEE asked Clancy, "What about the ecstas. . ." before catching himself. Clancy said he was going to see, and would call PINA-AGEE later.   Around **9:30 pm (Calls 8246, 8247, 8256)**, PINA-AGEE texted and said he was at Clancy's sister's and Clancy should come over.   Clancy called and PINA-AGEE said he wanted to see Clancy before he left and Clancy said he wanted to talk to PINA-AGEE in person. *I believe Clancy wanted to talk to PINA-AGEE in person because he did not want to discuss important, specific drug business over the phone due to fear of being intercepted.*

38.  **Investigators also intercepted numerous calls between PINA-AGEE and**

**Lauren Maroney.**   These calls also typically involved her requests to meet with

PINA-AGEE to obtain drugs. I know that Maroney uses 774-283-2754 because the

records reveal that number is subscribed by her. (I also know Maroney used 857-880-

0105 because of her visit on April 9, 2019 to the garage at 744 County Street in

Wareham.).   For example, **on April 1, 2019 at 7:33 pm (Call 6067),** TT #1 received

a call from 774-283-2754 and Maroney said, "I got $75 dollars, I wanted some hard, I

mean some . . ."   PINA-AGEE cut her off and said, "I don't even know what that is, I

don't even know what you are talking about but um, fucking um, how long you gonna

be over there for? What's my grace period?"   Maroney said half an hour, adding, "my

buddy is on his way here too and he wanted something different." *I believe in this call*

*Maroney was ordering drugs and PINA-AGEE became concerned because she was*

*too explicit over the phone.*

39.  **On April 4, 2019 at 4:03 pm (Call 6795),** TT #1 received a call from 774-283-

2754 and Maroney asked if PINA-AGEE could see her.   PINA-AGEE said he was

almost in Rhode Island and Maroney asked if he was coming to Wareham.   PINA-

AGEE said he was heading back in a half hour and Maroney asked if that was a sure

thing and she could head to Wareham where they met yesterday. (**On April 3, 2019,**

PINA-AGEE arranged to meet Maroney on Onset Road in Wareham, see i.e. **Call**

**6664**).   He said he would call then texted that he lost his keys.   **At 10:15 (Call 6934,**

**6936)**, Maroney texted, "I just grabbed something thinjing u were blowing me off n

got robbed," and "So now I'm fucked."   PINA-AGEE replied "Damn" and repeated

that he lost his keys.   **At 10:48 pm (Call Session 6959),** Maroney texted, "Listen will

u cuff me somethibg till tonorrow n i will make back the loney tpnight n pay u it
tomorrow along with grab another one." **At 10:48 pm (Call 6961)**, she called and
asked the same thing and PINA-AGEE said he did not do that, did not know her, and
her problems were not his problems.   She agreed, then he added, "You being so
descriptive on my phone man, I don't do that. Don't do that at all. I feel like that's the
first time, I don't do that.   Call me, say 'hi, how you doing?'" She said she was sorry
and wouldn't do that anymore and she would try to go to the bank and give him a call.

40.   **On April 6, 2019 at 1:09 pm (Call 7189)**, TT #1 received a call from 774-283-
2754 and Maroney said, "please tell me I can come see you for the usual."   They agreed
to meet in Fairhaven.   **At 1:49 pm (Call 7216)**, PINA-AGEE told her to go to Walmart
and hang out.   **At 2:01 pm (Call 7221)**, Maroney called and said, "I'm right near the
Wendy's."   PINA-AGEE said, "Alright cool give me a second."   Maroney said,
"Alright, legit though, how long you think?   I'm just hurtin' man."   PINA-AGEE said,
"Come on with this shit.   This is what you're gonna do every time you call me?   Just
blow me up until I see you?"   Maroney said, "No honey, I gotta get my kid off the bus.
That's all."   PINA-AGEE replied, "I get it.   It will be a reasonable time."   **At 2:20 pm
(Call 7226)**, Maroney texted, "My ride is threatening to leave." **At 2:26 pm (Call 7234)**,
Maroney said she was sick and PINA-AGEE complained and asked if "that's you right
there in the green car?"   Maroney said yeah and said to come here.   PINA-AGEE said
she needed to wait ten minutes.   **At 2:45 pm (Call 7237)**, Maroney tried to call PINA-
AGEE and told an unknown male in the background to just get on the highway.   **At
3:55 pm (Calls 7249 and 7251)**, PINA-AGEE replied, "Got pulled over my boy got
arrested" and "There was a grey suv across the street."

21

41.   **Investigators also intercepted numerous calls between PINA-AGEE and**

**Jessica Tavaras.**   Based on the intercepted calls and additional investigation, I

believe Tavaras is a regular customer of PINA-AGEE who sometimes re-sells some of

the drugs she obtains.   I know that Tavaras uses 508-441-9883 because records show

that number is subscribed to by her and because as set forth below, she identified

herself as "Jessica."

42.   For example, **on March 28, 2019 (Calls 4579 4584, 4585, 4587, 4594, 4598,**

**4608, 4609),** TT #1 exchanged texts with 508-441-9883.   In particular, **at 8:46 am**

Tavaras sent PINA-AGEE a text that stated "Hmu when ya rdy i am."   *Based on my*

*training and experience, I know "HMU" means "hit me up" or call me, and "rdy" is*

*an abbreviation for "ready," which often means ready to meet to purchase drugs*

*among drug dealers and users.* **At 9:04 am,** a second text stated, "Im with mel too."

*I believe this was a reference to Melanie Weismann, who I know resides at 2*

*Nickerson Street in Plymouth, MA.*   **At 9:05 am,** TT #1 responded, "Ok I'm about to

be On my way!"   **At 9:09 am,** an incoming text stated, "Just come to mels im here."

**At 10:22 am,** TT #1 stated, "In wareham now."   **At 10:23 am,** Tavaras called and

PINA-AGEE asked, "Who's this?"   UF 9883 replied, "It's Jessica."   PINA-AGEE

said he was in Swift's Beach chilling with his boy.   Tavaras said she would "see you

in a couple of minutes."   **At 10:55 am,** PINA-AGEE called and asked where she was

at and Tavaras replied, "We ran to CVS - Waiting for you, so we just ran to CVS on

Cranberry highway."   PINA-AGEE replied, "Okay, I'm over here."   Tavaras then

said, "You can go in the house, what's his face is there, we're coming back right

now."   **At 11:06 am,** Tavaras texted, "Were about 2 mins away."   They exchanged

texts again in the afternoon, including one **(Call 4674 at 4:26 pm)** in which PINA-AGEE stated, "Ur a real one and I will always keep it a dollar with you as soon as they hit me I'm gonna break bread you already know. When will I see you again?" Tavaras replied that her brother-in-law "only wants 30 dollars wirg of woek [sic]." **At 7:14 pm (Call 4736),** Tavaras called and PINA-AGEE said he was on Cranberry but in a parking lot waiting on someone else.   Tavaras said she would wait outside for him.   **At 7:40 pm (Call 4744),** Tavaras texted, "Dont mean to be a pain in the ass but i got somwonw up the road waitin on me so i can pay my court fines," *which I understood to mean that she was getting impatient waiting for PINA-AGEE because she had customer waiting*.   **At 7:59 pm (Calls 4753, 4757),** PINA-AGEE said to come meet him at Birch Street Parkwood because he was getting his brake light fixed. **At 8:21 pm (Call 4769, 4770),** Tavaras texted, "Here," and called to say she was coming in.

43.   **On March 30, 2019 at 12:15 pm (Call 5154),** TT #1 received a call from 508-441-9883 and agreed to meet with Jessica Tavares on Depot Street/Tyler Avenue. PINA-AGEE said to have the guy bring a dollar or he can't help them.   Tavares said she had 50 that she is working with.   **At 12:27 pm (Call 5161)** Tavares said she would be right there and PINA-AGEE asked if she "figured that out."   Tavares said yeah, that she is throwing in with them so all they have is fifty. PINA-AGEE said he could not do nothing with that right now.   **At 12:46 pm (Call 5175)** PINA-AGEE called and said he called his boy who is now with him.   Tavares said she thought he could not do it so she left for birthday party.   PINA-AGEE said no worries, he would get with her later. **At 1:10 pm (Call 5177)** Tavares called and asked if Casey and Kari

could meet him by Cumberland Farms.   PINA-AGEE said yes, but that his phone is
dead, so have them call 774-540-5482.   Tavares said okay, but she does not think one
of them knows how to talk to PINA-AGEE on the phone, but that she has a dollar.
PINA-AGEE said he would charge his phone and call her.   **At 2:11 pm (Call 5185),**
Tavares texted PINA-AGEE, "Hey this is casey and kari 5084410015 shes in ya area
rn."   **At 3:27 pm (Call 5195),** TT #1 called 508-441-0015 and PINA-AGEE asked
what was going on.   Gustafson asked if PINA-AGEE could do that work.   PINA-
AGEE agreed and she texted him her address, "361 Coggeshall Street." PINA-AGEE
exchanges additional texts and said he fell asleep but will definitely be there. **At 8:30
pm (Call 5337),** PINA-AGEE texted "All good" and "Lmk."   Gustafson called back
and PINA-AGEE said he was coming her way.   **At 10:49 pm (Call 5377),** after more
delays, PINA-AGEE texted "2 min" and Gustafson replied, "K casey will come
down." Later, PINA-AGEE and Tavares agreed to meet and Tavares texted her
address "8 pine Ridge road."

44.  **On March 31, 2019 at 11:52 pm (Call 5532),** TT #1 texted 508-441-9883
(Tavaras) "I'm in town if u got a ride."   Tavaras replied, "Ok kuat give me a lil bit
getting the dollar now."   **At 12:33 pm (Call 5541),** Tavaras said she was with
Marissa, the girl she is always with and they arranged to meet on Main Street in
Wareham near the pawn shop.   They met around 12:50 (Call 5550).

45.  **On April 1, 2019 at 11:42 am (Call 5912, 5914),** TT #1 received a call from
508-441-9883 and Tavaras asked where PINA-AGEE was and if he wanted to go to
her house.   She added that no one was home. PINA-AGEE said he will be right over
and she texted "8 pine ridge road."   **At 11:53 (Call 5930),** Tavaras told him to park

24

near the camper, and PINA-AGEE said he won't come in because he is in a rush and has to handle his business.   **At 12:10 pm (Call 5933)**, Tavaras texted, "Ill have a dollar arnd 4 for you today."   *Based on these communications, I believe PINA-AGEE dropped off drugs to Tavaras and that she was prepared to provide him with $140, probably for drugs fronted earlier.*   **At 5:03 pm (Call 5994),** Tavaras called and said, "I have a dollar for you, where are you?"   PINA-AGEE said he was in New Bedford and would need about a half hour.   Tavaras spoke to someone else and then said it was okay, "she will wait a half an hour."   PINA-AGEE offered to meet them in Fairhaven and Tavaras agreed.   They met later near Wendy's restaurant. **At 5:56 pm (Call 6023)**, PINA-AGEE instructed Tavaras to meet him outside and have "her" follow us. **At 6:07 pm (Call 6025),** PINA-AGEE called and said, "I don't know what the deal is, but I hope you ain't got nothing to do with it."   Tavaras asked, "What? What happened?"   PINA-AGEE explained, "I just seen an old buddy drive by us. Blue eyes, bald head, cigar in his mouth."   Tavaras then texted (Call 6032), "Thank you. ... Drive safe ill talk to u later but nah there old contractor isn't slowed around be cuz he did an illigal rhing ill talk ro i next time amd i would never disrespect." Fifteen minutes after the meeting, PINA-AGEE called 978-476-4225 (Call 6039) and complained to Carlos Guzmen that he saw some ridiculous shit, "I just seen some Ham town niggas in the beige and haven nigga, some Ham town blues."   *I believe in this last call, PINA-AGEE meant that he observed Wareham police officers conducting surveillance outside of Wareham in Fairhaven and elsewhere.*

46.  **On April 12, 2019 beginning at 10:04 am (Calls 8312, 8355, 8357),** TT #1 had a series of calls with 508-441-9883 in which Jessica Tavaras arranged to meet PINA-

AGEE to purchase $100 worth of drugs.   In particular, **at 10:04 am**, Tavaras called and asked if PINA-AGEE could come out in her direction.   PINA-AGEE agreed to come within an hour.   **At 11:11 am**, Tavaras called and PINA-AGEE asked, "what's she got, a dollar?"   Tavaras replied, "Just about that, yeah."   **At 11:32 am**, Tavaras texted, "My house no ones here 8 pine ride rd."

47.   **On April 13, 2019, at 2:44 pm (Call 8656),** PINA-AGEE responded to "Wya" texts from Jessica Tavaras (508-441-9883) by texting, "Im home."   **At 2:47 pm (Call 8657)**, Tavaras texted PINA-AGEE and asked, "Wanna come by?"   She followed that up at **4:03 pm (Call 8687)** with a text that said, "2."

48.   **Investigators also intercepted frequent calls between PINA-AGEE and a male using 774-269-2485, which may be used by Thomas Cox.**

49.   **For example, on March 27, 2019 at 8:00 pm (Call 4525),** PINA-AGEE received a text from 774-269-2485 which said, "If I come down can I grab some hrd. Like 100."   PINA-AGEE replied, "Come down spare me the details please."   At 8:26 pm (Call 4541), PINA-AGEE texted, "Cvs main st call me when u get close."   At 8:33 pm (Call 4544), the caller told PINA-AGEE he would be there in two minutes.   *I believe in these communications, the person asked for $100 of crack cocaine and PINA-AGEE told the person to come down and meet with him, but not to be so explicit over the phone, and then gave her directions where to meet him.*

50.   **On April 1, 2019 at 5:39 pm (Calls 6015, 6020),** TT #1 received a call from 774-269-2485 and PINA-AGEE said, "You wanna hit up that side street?"   UM 2485 replied, "Yea same thing, yea alright.   I'll be there in five."   PINA-AGEE then

clarified in another call, "Ok, you just trying to get with shorty right?"   UM 2485

agreed, and PINA-AGEE asked, "A dollar?" and UM 2485 said, "Yep."

51.   **On April 2, 2019 beginning at 6:19 am (Calls 6118, 6119, 6124-6130, 6137-**
**6141, 6151, 6157, 6165, 6166, 6174, 6176, 6382, 6393, 6400),** TT #1 had a series of

calls with 774-269-2485 in which PINA-AGEE arranged to meet UM 2485 three times

to deliver drugs.   In particular, at **6:19 am** UM 2485 texted, "Omw to wrk trying to

grab coffee."   PINA-AGEE responded after **7:00 am** saying my bad and he was now

up and UM 2485 asked if they could meet by **8:30**.   PINA-AGEE agreed and texted at

**8:21 am** that he was about to leave.   UM 2485 replied "The ham."   **At 9:27 am**, UM

2485 said he was coming over the Sagamore Bridge and they agreed to meet on Main

Street in and later at Home Depot on Cranberry Highway in Wareham. **At 9:58 am,**

UM 2485 texted, "More?" and then called and asked, "Yo you still down here? Do you

have anymore?"   PINA-AGEE said he was and he did, and they agreed to meet at 2

Nickerson Street in Plymouth.   **At 10:30 am**, UM 2485 texted he was "1 min" away.

**At 5:57 pm**, UM 2485 called and said he was trying to "holler for a dollar."   After

mix-ups, they apparently met around **6:30 pm**.

52.   **On April 15, 2019 at 2:12 pm (Call 9003),** TT #1 received a call from 774-269-

2485 and UM 2485 agreed to meet PINA-AGEE at Tractor Supply in Fairhaven.   **At**
**2:31 pm (Call 9008),** UM 2485 texted, "Here" and **at 2:47 pm (Call 9011)**, PINA-

AGEE texted, "Me too."   **At 2:49 pm (Call 9013),** PINA-AGEE called and said,

"There's somebody weird behind you.   Follow me."   **Later, at 8:17 pm (Call 9087),**

TT #1 received a call from 774-269-2485 (Thomas Cox) and UM 2485 asked "Where

you want me to go?"   PINA-AGEE said he was on "the Packard.   Pull up nice and

shut your lights off."   At 10:25 pm (Call 9089), PINA-AGEE said he was inside 2

Nickerson and UM 2485 said he was arriving.

53.   **Investigators also intercepted calls with numerous other evident drug**

**customers.   Most days during this interception period, PINA-AGEE spent the**

**majority of the day meeting with suspected customers to deliver drugs.**   A

sampling of additional calls is set forth below.

54.   **On March 27, 2019 at 6:20 pm (Call 4494),** PINA-AGEE received a call from

508-444-9340 an unidentified female who referred to herself in a previous text as

"Melanie" and they had the following conversation:

| | |
|---|---|
| Melanie: | Hi, what Jessica say? |
| PA: | What you working with? A couple bucks? |
| Melanie: | Um, no I got quite a bit. |
| PA: | Huh |
| Melanie: | You have both? |
| PA: | Not right this second, but I can. |
| Melanie: | I got quite a bit of money. I wanted one of each. |
| PA: | Ok, I'll be right there. |

*I believe in this call, "Melanie" wanted one of each kind of drug and had enough*

*money to pay for them without being "fronted."*

55.   **On March 28, 2019 at 9:17 am (Call 4588),** TT #1 received a call from 508-916-

0037, a numbers subscribed by Robert Venable, and PINA-AGEE answered by saying,

"Mr. Venable!   What's up boss?   You over there?"   Venable said he was "around my

house," and PINA-AGEE said, "Oh okay, I'm going to be in Wareham shortly, just

throwing some pants on and then I'll be on the road."   Venable then asked, "Okay, hey,

can I add one?"   PINA-AGEE replied, "Yeah, absolutely."   *I believe in this*

*conversation, PINA-AGEE said he would visit Venable at his house shortly to deliver*

*drugs, and Venable asked and PINA-AGEE agreed to "add one," meaning another unit of drugs, likely meaning an additional bag of fentanyl.*

56. **On March 28, 2019 at 3:03 pm (Call 4644),** TT #1 called 978-476-4225, subscribed to Carlo Guzmen, and PINA-AGEE asked UM 4225 "do you want any of this gas?"  UM 4225 said he wanted just one and PINA-AGEE asked, "Any can specifically?" and said he didn't have any more of the "purple cookie shit," but did have "wedding cake, "princess," and "20 different ones."  PINA-AGEE said he would "Facetime" UM 4225 when "I get with him."  *I believe PINA-AGEE was inquiring if UM 4225 wanted to purchase "one" (likely an ounce) of high-grade marijuana, and if so, which brand.  I know that "Wedding Cake" is a popular brand of high-grade marijuana.*

57. **On March 29, 2019 at 3:32/3:57 pm (Calls 4919, 4935),** TT #1 called 774-305-9615 and told UM 9615 to have "Isaiah" call PINA-AGEE's brother and "bring bread" to him and "make it right."  PINA-AGEE said it was important, and he was "violating the fam," and "you either with me or against me."  UM 9615 said Isaiah was at work and PINA-AGEE threatened to snatch up UM 9615 (Alan Smith).  **At 5:04 pm (Call 4976),** PINA-AGEE called 774-305-0617 (subscribed to Isaiah Frye) and discussed a debt Frye owed to PINA-AGEE's brother and how he needs to pay it back.

58. **On March 30, 2019 at 9:21 am (Call 5080),** TT #1 received a call from 508-295-3685 and PINA-AGEE asked UM 3685 if "that worked out for him."  UM 3685 said yes "your boy took care of me with the normal amount of . . ."  PINA-AGEE interrupted to instruct UM 3865, "Say less, yup, yup."

59. **On March 30, 2019 at 10:08 am (Call 5087),** TT #1 received a call from 508-916-0037 and PINA-AGEE told Robert Venable that he would be there soon.   Venable said he was in Marion and PINA-AGEE said he was just leaving Fair Haven.   PINA-AGEE said his phone was about to die and he would call on another number.

60. **On March 31, 2019 at 9:05 am (Call 5495),** TT #1 received a call from 774-442-0073 and PINA-AGEE greeted "John," who offered PINA-AGEE a gold coin worth $1400.   John asked if PINA-AGEE "will do like some product and some cash?" PINA-AGEE said they would meet later.

61. **On March 31, 2019 at 4:17 pm (Call 5617),** TT #1 received a call from 978-476-4225 (subscribed by Carlo Guzmen, Lenexa, KS) and they discussed that PINA-AGEE was being followed by a police car (agents were on surveillance). PINA-AGEE said he will run and need bail money if he is pulled over, and he will defend himself.

62. **On March 31, 2019 at 4:58 pm (Call 5629),** TT #1 received a call from774-836-4474 and "Ashley" told PINA-AGEE she was with "Mariah" and wanted PINA-AGEE to drop stuff off.   PINA-AGEE said to come by with Mariah and then told them he wants to get stacks of money and travel and that he is going to buy four more houses this year, including one in Aruba.

63. **On April 1, 2019 at 12:27 pm (Call 5935),** TT #1 received a call from 774-283-5611 and PINA-AGEE told Heather King he was about to pull up.

64. **On April 1, 2019 at 3:42 pm (Call 5975),** TT #1 received a call from 508-840-0433 and UM 0433 ("John") asked if he can come over, and said he would be right there because he was just down the street.

65. **On April 1, 2019 at 4:11 pm (Call 5978),** TT #1 called 774-992-4466 and PINA-AGEE told UF 4466 that he did not have time to breed dogs and was not making any money off of them.

66. **On April 2, 2019 between 5:35 and 5:53 pm (Calls 6366, 6375, 6380),** TT #1 had three calls with 339-309-8324 in which PINA-AGEE arranged to meet "Dwayne." PINA-AGEE started with a text that said, "Out here," and Dwayne called back and said he was looking to get up.   The last call Dwayne was outside and directed PINA-AGEE to his and PINA-AGEE said he was in a white Honda.

67. **On April 4, 2019 at 6:42 pm (Call 6859),** TT #1 received a text from 774-224-2488 that said, "Yo   Hey can get my firestick."   He sent a few more texts to make contact but PINA-AGEE did not call back until **10:29 (Call 6950).**   UM 2488 asked, "Can you come by?"   PINA-AGEE asked, "What are you working with?" and UM 2488 replied, "Seventy. Seven zero."   PINA-AGEE said, "When I get a chance, I will." **At 10:32 pm (Call 6952, 6953)**, UM 2488 texted, "How long ?? Got this fool coming but rather see u!!!" and PINA-AGEE immediately replied, "See him." UM 2488 said he told the other guy not to come and asked if PINA-AGEE could come but he did not reply.

68. **On April 5, 2019 beginning at 1:29 pm (Calls 7057, 7069, 7070, 7086-7088, 7090, 7096-7100),** TT #1 had a series of calls with 508-521-4670, subscribed to Paul Charland, 215 Wareham Rd, Marion, MA about setting up a drug meet.   In particular, at 1:29 pm, UM 4670 called and PINA-AGEE told him to go to Fairhaven.   **At 3:07 pm,** PINA-AGEE indicated he was on his way ("Omw now").   **At 4:30 pm,** PINA-AGEE texted Wya (Where you at?) and "Address."   UM 4670 texted, "2875 cranberry

highway E.wareham" and "On corner of tyler ave and cranberry highway next to abby glass and acrros street from the nail spot."   **At 4:56 pm,** PINA-AGEE called and UM 4670 said he would come outside from the house on Tyler next to Abbey Glass.

69.   **On April 5, 2019 beginning at 1:02 pm, (Calls 7089-7095, 7101, 7102, 7109, 7114, 7115, 7135, 7136, 7138),** TT #1 had a series of calls over 508-840-0433 with Melanie Weisman about drugs being flushed down the toilet after police came to the house.   In particular, **at 1:02 pm**, Weisman texted "Come over please," and at 1:47 pm "Hit me up or just stop by please."   **At 2:41 pm**, she called and asked him to come over and PINA-AGEE said he would see her in a minute. **At 3:53**, she texted, "What's going on."   **At 4:08 pm**, PINA-AGEE said 20 minutes.   **At 4:32 pm**, PINA-AGEE texted, "You home," and she replied, "Of course I'm home."   PINA-AGEE texted he was in town.   **At 4:56 pm**, Weisman texted, "I kind of need to know how long cuz my cousins here and she's wicked sick in her dad's giving her a hard time asking her how long she's going to be and he's going to start getting suspicious. I'm sorry to bother you like this." **At 4:59 pm**, PINA-AGEE said he was on Cranberry.   **At 5:52 (Call 7109)**, Weisman texted, "Told you she was a cop caller."   **At 6:01**, Weisman called and talked about getting a restraining order against the female who was screaming at Melanie.   They discussed that the female called a detective and told the police that a drug deal was happening here, and she tried to get Melanie's crib kicked in.   PINA-AGEE said he took a major "L," lost everything, and they will need to figure something out.   Melanie said that they didn't know if the cops were coming in or not, and talked of taking out the back of the toilet.   PINA-AGEE discussed with "Mike" whether to go into the septic ("its going to be floating on top.").   Mike said he would try. **On April 10, 2019 at 11:56**

**am (Call 7752),** TT #1 called 508-525-6205 and PINA-AGEE said he was digging through a septic looking for something.

70.  **On April 6, 2019 at 11:22 am (Call 7167),** TT #1 received a call from 774-225-1099 and PINA-AGEE instructed Cheyenne Pina to go through the laundry bag, "you'll see what I'm talking about."   Pina said she didn't take all the money and PINA-AGEE said he knew she didn't and asked again, "you see what I was talking about though?"  Pina said "yes," and PINA-AGEE said, "okay."  **At 12:08 pm (Call 7173),** PINA-AGEE asked, "did you end up checking the laundry or you left it."   Pina replied, "I took a bag of laundry but I just switched it.   It's just in the closet area."   PINA-AGEE said that was cool.

71.  **On April 6, 2019 at 8:12 pm (Call 7279),** TT #1 called 774-994-5988 and PINA-AGEE and Andy Coakley had a vague conversation in which PINA-AGEE asked "Can I get with you some time," and Coakley replied, "Yeh, let me see that shit that we was talking about that has to get with what's it called.   We was trying to figure the situation what it was.   I still gotta do that.   I got do that right now."   PINA-AGEE said, "Okay, holler at him, let him know."  **On April 7, 2019 at 9:30 am (Call 7302),** Coakley called and said, "I'm still in that same situation.   I'm on my way, I'm making that happen right now.   Last night was too late.   By the time I got there, she said she was already out."   He added that his license plate was fucked up, so "I'm trying to move a little bit smarter.   I should be right back down here real soon."   PINA-AGEE said, "Alright. Because I'm fucking shitting otherwise."

72.  **On April 7, 2019 at 10:49 pm (Call 7311),** TT #1 received a call from 774-615-5154 and UM 5154 he had "three dollars.   I was trying to see how much you'd do for

three dollars."   PINA-AGEE said he just "grabbed some bud" and asked if UM 5154

liked sativa or haze or sour diesel.   PINA-AGEE said he would call in twenty minutes.

When PINA-AGEE called again (Call 7324), they agreed to meet by the boat ramp near

Tempest Knob off Oak Street in Wareham.

73.   **On April 7, 2019 at 7:03 pm (Call 7397),** TT #1 received a call from 508-525-

6205 who asked, "Hey, is that dude with the smoke local? The bud you gave me?"

PINA-AGEE said yes, and UM 6205 ordered a couple ropes of sour glue for $200 per

rope.   **At 7:08 pm (Call 7401),** PINA-AGEE called 413-505-6699 and asked, "Can I

get a couple ropes of that fucking gorilla glue?"   UM 6699 said he only had a half left.

PINA-AGEE asked what else he had, but then agreed to grab the half.

74.   **On April 7, 2019 at 9:05 pm (Call 7413),** TT #1 called 774-224-2488 and asked

if UM 2488 would be "trying to do a fucking grocery run there?"   UM 2488 said "yeah,

I'm in right now."   PINA-AGEE asked, "Can I have someone put a list and fucking

bang it out by you."   UM 2488 said to send it right now because he was about to go.

PINA-AGEE then called 774-606-6904 and said, "I am going to text you the list on this

phone.   Yea, just text him and tell him you ain't got no service."   He then texted, "If

your not going to bring car back park it at your house and get ghost before she can claim

it stolen use ur head."

75.   **On April 8, 2019 at 1:38 pm (Call 7505),** TT #1 called 508-858-7558 and UM

7558 said he would hit PINA-AGEE when he was around.   **At 4:20 (Call 7538),** UM

7558 called and identified himself as "Jay" and they agreed to meet soon.   **At 5:19 pm

(Call 7546),** PINA-AGEE directed UM 7558 to Packard Street in Wareham by the 7-

11.   **At 5:45 pm (Call 7553),** UM 7558 called and said he was on the street.   PINA-

AGEE said, "I fucking forgot you were coming, dog.  Hit up Tucker." **At 5:46 pm (Call 7554),** UM 7553 asked, "You got someone else I can see, bro?  Cuz I ain't trying to pay some top dollar for some bitches, yo."  PINA-AGEE said he would call him and figure it out.

76.  **On April 8, 2019 at 7:06 pm (Call 7557),** TT #1 began a series of calls with 508-521-4670, subscribed by Paul Charland, in which they agreed to meet in by the park on Oakdale near Avenue A in Wareham.  **At 7:17 pm,** UM 4670 said, "I'm walking, I'm walking, I see you."

77.  **On April 9, 2019 at 11:14 pm (Call 7714),** TT #1 received a call from 508-332-8411 and PINA-AGEE agreed to meet UM 8411 (Who said "it's Tristan") in Fairhaven or New Bedford.   At 11:29 pm (Calls 7725, 7726), PINA-AGEE texted UM 8411 "In city now" and "Mad cops around here."

78.  **On April 10, 2019 at 7:56 pm (Call 7889),** TT #1 received a call from 508-648-8511 and PINA-AGEE asked, "what you trying, what you have, the nine?"  UM 8511 said no and PINA-AGEE asked, "oh what, a half of that?" and UM 8511 said, "No, probably half of that. But I'm done, you know what I mean?   I wasn't too sure what I was trying to do yet, but I was gonna say, if you got it, you wanna try to meet up at my father's house, chop it up or something?   Figure it out from there?"  PINA-AGEE said definitely and that he could "make it look real right" if needed.   UM 8511 said he did not know what he was trying to do yet, but "I'm going to go meet up with dude and grab his loot right now."  **At 8:25**, PINA-AGEE called and UM 8511 said he would, "meet you in town" and that he was coming from Plymouth.   PINA-AGEE instructed him to meet at 2 Nickerson Street in Plymouth.

79.  **On April 10, 2019 at 10:44 pm (Call 7946),** TT #1 called 508-525-7860 and Tim (believed to be Tim Croker) asked how it was and PINA-AGEE said "good" and Tim asked, "What's the number?" and PINA-AGEE said, "A buck a Q."  Tim directed PINA-AGEE to his house without using names or addresses and then said he would not take it if it was like "chunk."

80.  **On April 11, 2019 at 9:51 am (Call 8007),** TT #1 received a call from 508-840-0433 and Melanie Weisman asked if PINA-AGEE could come over.  PINA-AGEE said he would be there in about an hour. There followed a series of calls with Weisman and her boyfriend Mike using 774-269-9102 about three meetings.  In particular, at **11:37 am (Call 8049),** PINA-AGEE said he would be there in half an hour because his truck is messed up and he needed a ride.  PINA-AGEE asked, "Whatchu workin' with, a dollar?" and Melanie replied, "yeah."  **At 12:37 pm (Call 8054),** TT #1 called 774-269-9102 and the male who answered identified himself as "Big Mike with Melanie, the hardwood floor guy."  Mike asked if PINA-AGEE wanted to come over and PINA-AGEE said he would stop by. **At 12:48 pm (Call 8056),** PINA-AGEE texted, "On my way."  **At 4:52 pm (Call 8111),** PINA-AGEE pocket dialed Melanie and she called back ansd said she was at the bank because, "Walmart wouldn't cash it, or couldn't cash it, cuz their system couldn't read the numbers under the check. So right now, I'm trying to open an account.   They said I can have some money today, and I have to wait for it to clear, to get the rest."   PINA-AGEE said, "Okay, what they let you get half and half?" Melanie said no, one hundred today and the rest takes 24 hours to clear, "but at least this way I can get a card and order the part with the card."   PINA-AGEE responded, "Yep, absolutely, let's do it."  **At 5:53 pm (Call 8146),** PINA-AGEE asked, "How did you

do?"   Melanie replied that she didn't do it because it cost $6 per month and she was out

of work so she is going to go to a check cashing place tomorrow when she brings Mike

to Fall River.   Later (**at 7:08, 7:29, and 11:45 pm, Calls 8183, 8189, 8277**), Melanie

texted "You coming," PINA-AGEE replied, "coming from west," and Melanie texted,

"U cant come here." Meanwhile, **between 5:02 and 7:42 pm (Calls 8114, 8117, up to

8200)**, PINA-AGEE and Mike exchanged texts in which Mike asked PINA-AGEE if he

would "come back" and PINA-AGEE said yes, but then was delayed by brake problems

but then said he would see Mike in a few.   Later, between **10:20 and 11:47 pm**, Mike

asked if PINA-AGEE was still around and he said yes and directed Mike to "744 County

Road, Wareham."   **At 11:47 pm,** Mike texted, "Mel is on her way to you ok," and

PINA-AGEE replied, "Yes."

81.   **On April 11, 2019 at 10:18 am (Call 8011),** TT #1 called 774-540-0062 and

PINA-AGEE spoke to Adam Grant about money Grant owed PINA-AGEE.   In

particular, Grant said he was at the courthouse, but would leave the money somewhere

at the house.   PINA-AGEE said Grant's mother was calling the cops and he wanted

"nothing to do with that shit."   Grant complains he is in court and did not know that

this would happen so quickly.   PINA-AGEE said he shouldn't have to take the loss and

Grant said that "Katie" owes Grant $300.   PINA-AGEE said he was "not gonna do that"

and asked why Grant didn't go to the bank like you said you were going to do.   Grant

replied that he did not have a car.   PINA-AGEE complained that he should not have to

"eat the loss" and thought Grant was "blowing smoke up my ass."

82.   **On April 11, 2019 at 4:02 pm (Call 8096),** TT #1 received a call from 508-317-

6955 and UF 6955 told PINA-AGEE where she was and UF 6955 or a woman in the

background said, "I have twenty dollars cash."   PINA-AGEE said "come on, you know better than to fucking talk like that to me.   You could have spared me the details."   She asked him to come to "Booboo's" but PINA-AGEE did not know him and asked her to send the address.   Minutes later she texted, "2349 cranberry highway" and "Nigga if you can't come through let me know cuz I'm that fucked up."   **(Calls 8099, 8100)**. PINA-AGEE replied by text, "Omw."   **At 4:31 pm (Call 8104),** she called and asked where he was and said she is sick.   PINA-AGEE said he just left CVS.

83.   **On April 11, 2019 at 5:33 pm (Call 8140),** TT #1 called 774-615-5154 and UM 5154 agreed to meet PINA-AGEE in Fairhaven.   PINA-AGEE asked, "Yea what you trying to get?"   UM 5154 replied, "Yea, I got 95, would you do a quarter for me?" PINA-AGEE said, "Got you man, can you stop with the descriptions man?"   UM 5154 then said, "A quarter of weed" and apologized.   PINA-AGEE said "I got you."   *I believe in this call PINA-AGEE criticized UM 5154 for being too explicit and then UM 5154 tried to make up for it by saying "weed" when he really meant fentanyl or cocaine.* PINA-AGEE later sent texts asking where UM 5154 was and when he called, PINA-AGEE directed him to "Tractor Supply" which is off Route 6 in Fairhaven.   **At 6:26 pm (Call 8163),** UM 5154 called from 774-510-6022 and said he was having phone problems and they made arrangements again to meet at Tractor Supply.   **At 6:31 pm (Call 8165),** UM 5154/6022 called and said he moved over to Job Lot because he saw a cop in the parking lot.   PINA-AGEE asked if it was "black and white?" and UM said it was.   **At 6:45 pm (Call 8170),** PINA-AGEE called and directed UM to "Simply Storage past Walmart."

84. **On April 11, 2019 at 5:55 pm (Call 8154),** TT #1 received a call from 774-400-0097 and Shawn Savary asked, "Can I get one of them things?  Double it?"  PINA-AGEE replied, "I got you."   At **6:42 pm (Call 8167),** Savary told PINA-AGEE not to go to "Tucker's house" because "Tucker's mother just went there and freaked out. She kicked everyone out, including me.   She must have went in there earlier and found shit in the room where muffin and all that, you know, like she took out his clothes and threw them all away and shit."   **At 7:38 pm (Calls 8193, 8194, 8197, 8204)**, Savary called and said he was with Tucker at Kay's house and put CLANCY on the phone. CLANCY said his life is in "shambles" and his mother threw out all of his "extras." PINA-AGEE said, "I told you to get rid of all them extras, now your mom did you a favor." PINA-AGEE said he would meet up with them later tonight, and then told them to come to meet him at the Head of Bay Road, which he then switched to 2 Nickerson Street in Plymouth.

85. **On April 12, 2019 beginning at 9:28 pm (Calls 8538, 8549, 8551, 8553),** TT #1 had a series of calls with 508-858-7558 in which he arranged to meet UM 7558 at 2 Nickerson Street in Plymouth to sell drugs.   In particular, **at 9:28 pm**, UM 7558 called and identified himself as "Collie" and PINA-AGEE said he had to store the number. UM 7558 said, "I'm trying to see you."   PINA-AGEE replied that he was on "Nickerson, 2 Nickerson."   UM 7558 said he was on his way.   **At 9:55 pm,** UM 7558 called and said he was on Nickerson, and PINA-AGEE said to park in the driveway next to the black car and come in.

86. **On April 13, 2019 at 1:59 pm (Calls 8640, 8641),** TT #1 called 978-476-4225 and Guzmen asked to "get with" PINA-AGEE later.   Guzmen said, "I have 80, how long

you think?"   PINA-AGEE said about an hour.   He also said he had someone on the west side, but Guzmen said the west side was not close to him.   **At 2:55 pm (Call 8661),** PINA-AGEE called to find out where Guzmen was.   Guzmen replied he was on 495 and would be there in 10-15 minutes.

87.   **On April 17, 2019 at 8:17 pm (Call 9599),** TT #1 called 508-728-0452 and PINA-AGEE asked UM 0452, "Can I get a three?" UM 0452 said yes and PINA-AGEE said he would be right over.


Sworn to under the pains and penalties of perjury,


John Runyan
Special Agent
Drug Enforcement Administration

Sworn and subscribed to before me this 24th day of April, 2019, in Boston, Massachusetts.


HONORABLE DONALD L. CABELL
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS

